*T. S. Hawes*, for defendants.

---

## SWINDELL & COMPANY *v.* ISAACS.

PER CURIAM. It having been ruled in the case of *Isaacs, executrix*, v. *Swindell & Co.*, ante, 506, that the court below erred in reinstating the motion for a new trial in this case after having dismissed the same, the judgment of the court below upon the motion, overruling the same, should be vacated and set aside and the motion for new trial stand dismissed; and it is ordered and directed accordingly.

*Judgment reversed with direction. All the Justices concur.*

Argued May 6,—Decided October 13,—Rehearing denied November 20, 1909.

Equitable petition. Before Judge Spence. Decatur superior court. December 22, 1908.

*T. S. Hawes*, for plaintiffs in error.

*Albert H. Russell, B. B. Bower*, and *G. G. Bower*, contra.